IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In Re:                                             CASE NO. 15-13196-NVA

**ERIC DAVALOS,**

                                                       **CHAPTER 13**

**DEBTOR.**

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**COMES NOW**, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-11, by Counsel, and objects to the Confirmation of the Chapter 13 Plan and in support thereof, represents unto the Court:

1. CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-11 ("Secured Creditor") is a secured creditor of the debtor herein by virtue of the Note and accompanying Deed of Trust on the property located at 836 Woods Road, Pasadena, MD 21122.

2. The pre-petition arrearages due to CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-11 are $43,061.43.

3. The Plan is underfunded, as the arrearages owed to this Secured Creditor are understated, with the Plan providing for only $39,300.00 in pre-petition arrearages.

4. Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured Creditor. It is respectfully requested that this Court deny confirmation of the

Kimberly L. Britt, Esquire
Counsel for Plaintiff
Samuel I White, P.C.
Bar No. 18513
611 Rockville Pike,
Suite 100
Rockville, MD 20852
(301) 804-3400
File No. 31357

Chapter 13 Plan as proposed by Debtor.

**WHEREFORE**, the undersigned requests as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied;

(2) For such other relief as this Court deems proper.

CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-11

By:**/s/ Kimberly B. Lane**
Kimberly B. Lane, Esquire, Bar No. 18513
Samuel I. White, P. C.
611 Rockville Pike,
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Objection was served by first class mail postage prepaid or email this 11th day of May, 2015 on all necessary parties including Ellen W. Cosby, Trustee, 300 E. Joppa Road Suite 409, Towson, MD 21286; Edward D. Groh, Counsel for Debtor, 7865 Quarterfield Road, Severn, MD 21144; and Eric Davalos, Debtor, 836 Woods Road, Pasadena, MD 21122.

**/s/ Kimberly B. Lane_**
Kimberly B. Lane, Esquire
Samuel I. White, P. C.