IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

ERIC DAVALOS                              CHAPTER 13 CASE NO.:
    Debtor                                    15-13196-NVA

                                                            *
                                                            *
                                    * * * * * * *

## LINE AMENDING PLAN

The Debtor named above hereby modifies the Chapter 13 plan of record in this case to provide as follows:

After payment of priority and secured claims, all allowed general unsecured claims shall be paid in full (100%).

DATE: May 18, 2015

                                                     /S/      Eric Davalos