IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

**ERIC DAVALOS,**

    **DEBTOR.**

CASE NO. 15-13196-NVA

CHAPTER 13

## NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN

Notice is hereby given that the Objection to Plan filed on May 11, 2015 as Docket #35, of CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-11, by Counsel, is hereby Withdrawn Without Prejudice, as the Debtor filed a Second Amended Plan on May 15, 2015 as Docket #41, rendering the Objection to Plan Moot.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: **/s/KIMBERLY B. LANE**
Randa S. Azzam, Esquire, Bar No. 22474
Kimberly B. Lane, Esquire, Bar No. 18513
Samuel I. White, P. C.
611 Rockville Pike,
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Withdrawal was served by regular mail or email this 20th day of May, 2015 on all necessary parties including Ellen W. Cosby, Trustee, 300 E. Joppa Road Suite 409, Towson, MD 21286; Edward D. Groh, Counsel for Debtor, 7865 Quarterfield Road, Severn, MD 21144; and Eric Davalos, Debtor, 836 Woods Road, Pasadena, MD 21122.

  **/s/KIMBERLY B. LANE**
Kimberly B. Lane, Esquire
Samuel I. White, P. C.